IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KIM MCMULLEN** | : | CIVIL ACTION NO. 1:06-CV-0183 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **FRANKLIN TENNIS** | : | |
| Respondent | : | |

## ORDER

AND NOW, this 17th day of March, 2006, upon consideration of the memorandum of law filed by petitioner (Doc. 10), and upon review of the answer filed by respondent (Doc. 12), it is hereby ORDERED that:

1. The Clerk of Court is directed to forward a copy of petitioner's memorandum of law (Doc. 10) to the District Attorney of Huntingdon County.

2. Respondent shall file a memorandum of law on or before March 30, 2006, addressing the issues raised in petitioner's memorandum of law.

3. Respondent shall expand the record on or before March 30, 2006, to include any and all documents related to petitioner's Post Conviction Relief Act petition. See R. GOVERNING § 2254 CASES R. 5(d), (7).

4. Petitioner shall be permitted to file a reply on or before April 14, 2006. See R. GOVERNING § 2254 CASES R. 5(e), 7(c).


/s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge